1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SEBREN A. PIERCE,        Plaintiff,   vs. SAN BERNARDINO COUNTY, et al.,        Defendants. | Case No. EDCV 07-968-AHM (JWJ) **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER** |

The Records of this Court indicate that this action is not being diligently prosecuted by plaintiff in that plaintiff has not submitted his Form 285 package to the United States Marshals Service. The information that is sought by the documents in the Form 285 Package is essential to enable the United States Marshal Service to effect service of the complaint herein. On April 24, 2008, the Court ordered plaintiff to submit the completed Form 285 package within **twenty (20) days** of the date of the April 24, 2008 Order. On May 15, 2008, plaintiff was granted an extension until June 5, 2008. On October 20, 2008, plaintiff was granted an extension until November 22, 2008. On December 24, 2008, plaintiff was granted a FINAL 45-day extension (until February 9, 2009). On March 5, 2009, plaintiff was granted one final 21-day

1  extension of time (until March 26, 2009).  Plaintiff was warned that failure to
2  submit the executed form 285 to the U.S. Marshals Service will result in a
3  recommendation of dismissal for failure to prosecute.

4  **IT IS HEREBY ORDERED** that plaintiff show cause within **twenty
5  (20) days** of the date of this Order why this case should not be dismissed for
6  plaintiff's failure to diligently prosecute and plaintiff's failure to comply with
7  this Court's previous orders.  See Fed. R. Civ. P. 41(b); Local Rules - Central
8  District of California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626,
9  629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California
10 Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

11     Failure to timely comply with this Order shall result in the Magistrate
12 Judge recommending the case be dismissed without prejudice pursuant to Local
13 Rule 12 and Fed.R.Civ.P. 4(m).

15 DATED:  April 28, 2009

17                                          /s/
                                    JEFFREY W. JOHNSON
18                                  United States Magistrate Judge